(No. 74-CC-240—Claimant )

VALLARTA REPORTING SERVICE, Claimant, *vs.* STATE OF ILLINOIS, POLLUTION CONTROL BOARD, Respondent.

*Opinion filed May 13, 1974.*

VALLARTA REPORTING SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-440—Claimant )

ST. JAMES HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed May 13, 1974.*

WILCZYNSKI, WILCZYNSKI, CIAMBRONE, KARWOSKI AND PETRARCA, LTD., Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.